

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EX PARTE: | § | No. 08-24-00406-CR |
| STEVE ENRIQUE QUINTERO RIOS. | § | Appeal from the |
| | § | 409th Judicial District Court |
| | § | of El Paso County, Texas |
| | § | (TC#20150D04760-384-2) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF DECEMBER 2024.

JEFF ALLEY, Chief Justice

December 19, 2024

Before Alley, C.J., Palafox and Soto, JJ.